UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CLARKE, | No. CV 10-7337 FFM |
| Petitioner, | |
| v. | JUDGMENT |
| MATTHEW CATE, SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

Pursuant to the Memorandum Decision Denying Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254,

IT IS ADJUDGED that the Petition is dismissed on the merits with prejudice.

DATED: December 22, 2011

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge