UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CLARKE, ) | No. CV 10-7337 FFM |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| MATTHEW CATE, SECRETARY OF ) CALIFORNIA DEPARTMENT OF ) CORRECTIONS, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to the Memorandum Decision Denying Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254,

IT IS ADJUDGED that the Petition is dismissed on the merits with prejudice.

DATED: December 22, 2011

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge