UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY CLARKE, | ) | No. CV 10-7337 FFM |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE, SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum Decision Denying Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 19, 2012

      /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge